IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DONALD EARL CRIHFIELD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:15-cv-49 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | By: Hon. Jackson L. Kiser |
| | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before me is the Report and Recommendation of United States Magistrate Judge Joel C. Hoppe, recommending that an Order be entered denying Plaintiff's Motion for Summary Judgment [ECF. No. 13], granting Defendant's Motion for Summary Judgment [ECF No. 14], and affirming the Commissioner's final decision. The Report and Recommendation was filed on January 13, 2017, from which date the parties had fourteen (14) days to file objections. [ECF No. 16]. No objections were filed. Accordingly, the Report and Recommendation is hereby **ADOPTED** in its entirety. Defendant's Motion for Summary Judgment is **GRANTED**, Plaintiff's Motion for Summary Judgment is **DENIED**, and this case is hereby **DISMISSED**.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to United States Magistrate Judge Joel C. Hoppe.

Entered this 3rd day of February, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE